UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>FRANK J SARRO, III<br>MARGARET E SARRO<br>    Debtors | Case No. 18-22684-NVA<br><br>Chapter 7 |

BANK OF AMERICA, N.A.
    Movant

v.

FRANK J SARRO, III
MARGARET E SARRO
    Debtors/Respondents
and
MONIQUE D. ALMY
    Trustee/Respondent

## RENOTICE OF HEARING FOR MOTION FOR RELIEF FROM STAY AND HEARING THEREON

    BANK OF AMERICA, N.A. has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. §362(a) to enable it to proceed to foreclose on the property located at:

**2867 Cox Neck Rd, Chester, MD 21619-2347**

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

    **The hearing is continued to December 19, 2019, at 2:00 P.M., in Courtroom 2A, in United States Bankruptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.**

| | |
|---|---|
| Date: November 19, 2019 | /s/ Daniel Callaghan<br>Daniel Callaghan, Esq., MD Fed. Bar No. 13901<br>BWW Law Group, LLC<br>6003 Executive Blvd, Suite 101<br>Rockville, MD 20852<br>301-961-6555<br>301-961-6545 (facsimile)<br>bankruptcy@bww-law.com<br>*Attorney for the Movant* |

BWW#:MD-326535

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Re-Notice of Motion for Relief from Stay and Hearing Thereon will be served electronically by the Court's CM/ECF system on the following:

Monique D. Almy, Trustee

John C. Schropp, Attorney

I hereby further certify that on this 19th day of November, 2019, a copy of the foregoing Re-Notice of Motion for Relief from Stay and Hearing Thereon was also mailed first class mail, postage prepaid, to:

Frank J. Sarro, III
10009 Villagio Gardens Lane, #105
Estero, FL 33928

M. Elinor Sarro
10009 Villagio Gardens Lane, #105
Estero, FL 33928


/s/ Daniel Callaghan
Daniel Callaghan, Esq.